IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREEN-KO ENTERPRISES,<br>A Limited Partnership,<br><br>Defendant. | Case Number 09-cv-00645-bbc |

### ENTRY OF DEFAULT

Plaintiff United States of America requests that the Clerk of Court enter default against Defendant Green-Ko Enterprises pursuant to Fed. R. Civ. P. 55(a). It appearing from the record said defendant has failed to appear, plead, or otherwise defend, the default of Defendant Green-Ko enterprises is hereby entered pursuant to Fed. R. Civ. P. 55(a).

Dated this 25th day of January, 2010.

Peter Oppeneer, Clerk of Court